UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARA-JUDITH YARBROUGH,<br><br>                              Plaintiff,<br><br>                    v.<br><br>BRAGG et al.,<br><br>                              Defendants. | 25 Civ. 159 (DEH)<br><br>**MEMORANDUM ORDER** |

DALE E. HO, United States District Judge:

Plaintiff, proceeding *pro se*, recently filed the following documents on ECF:

- "Notice & Demand to Produce Defendant's Public Official Bonds & Declaration of Liability."  ECF No. 29.

- "Notice & Demand to Produce Judicial Bonds & Declaration of Liability."  ECF No. 30.

- "Notice of Extension for Additional Time for Service and Response to May 15, 2025."  ECF No. 34.

- "Final Notice of Missing Docket Entries & Demand for Immediate Publication."  ECF No. 35.

Construed broadly, the Court interprets ECF No. 34 to (1) request leave to amend Plaintiff's operative Complaint, *see* ECF No. 1, and (2) extend Defendants' deadline to answer or move to dismiss the Amended Complaint to May 15, 2025.  Plaintiff's application is **GRANTED**.  Plaintiff shall file an Amended Complaint by **April 11, 2025**, and Defendants shall file a response by **May 15, 2025**.

Plaintiff's other filings, namely ECF Nos. 29, 30, and 35, seek various forms of relief.  Even construing these filings liberally, the Court cannot discern any request for relief to which Plaintiff is entitled.  These applications are therefore **DENIED**.

Discovery in this case has not yet commenced.  The Court on its own motion, orders that all other proceedings in this matter (beyond the filing of Plaintiffs' Amended Complaint and Defendants' response) shall be **STAYED** in the interests of judicial economy, pending Defendants' response to Plaintiff's Amended Complaint.  *See Hewlett Packard Enter. Co. v. Aqua Sys., Inc.*, No. 23-CV-5640, 2024 WL 1159000, at *5 (E.D.N.Y. Mar. 18, 2024) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the cases on its docket with economy of time and effort for itself, for counsel, and for litigants.").  If Defendants move to dismiss the Amended Complaint, the stay shall remain in place pending resolution of Defendants' motion.

The Clerk of Court is respectfully requested to terminate ECF Nos. 29, 30, 34, and 35.

SO ORDERED.

Dated: March 27, 2025

New York, New York

DALE E. HO
United States District Judge