**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
SARA-JUDITH YARBROUGH,

                          Plaintiff,

            -against-                                                  25 **CIVIL** 00159 (DEH)

                                                                      **JUDGMENT**
BRAGG, ET AL.,

                          Defendants.
---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Opinion and Order dated February 6, 2026, Defendants'

Motions to Dismiss are GRANTED in their entirety. Furthermore, the Court determines that,

even liberally read, the Complaint's substantive flaws cannot be cured by better pleading, and

that repleading would be futile. Accordingly, dismissal is GRANTED WITH PREJUDICE, and

the case is closed.

 **Dated:** New York, New York

            February 11, 2026

                                                            **TAMMI M. HELLWIG**
                                                   _____
                                                            **Clerk of Court**

                                            **BY:**
                                                   _____
                                                            **Deputy Clerk**