UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sara-Judith Yarbrough,

Plaintiff,

v.

Alvin Bragg, et al.,

Defendants.

25-CV-159 (DEH)

ORDER

DALE E. HO, United States District Judge:

On October 15, 2026, the United States Court of Appeals for the Second Circuit dismissed Plaintiff's appeal in this case, but directed this Court to amend its judgment so that the portion of Plaintiff's Complaint dismissed for lack of standing is dismissed without prejudice to refiling in state court. *See* ECF No. 101. Accordingly, the Clerk of Court is respectfully directed to amend the judgment in this case to reflect the following: Plaintiff's claims regarding her eviction, which this Court dismissed for failure to comply with Fed. R. Civ. P. 8, *see* ECF No. 94 at 7-10, are **DISMISSED WITH PREJUDICE**. Plaintiff's claims regarding the Trump Criminal Action, which this Court dismissed for lack of standing, *see* ECF No. 94 at 10-13, are **DISMISSED WITHOUT PREJUDICE TO REFILING IN STATE COURT**.

SO ORDERED.

Dated: October 16, 2026
New York, New York

DALE E. HO
United States District Judge