**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

Sara-Judith Yarbrough,

Plaintiff,

-against-

25 **CIVIL** 159 (DEH)

**AMENDED JUDGMENT**

Alvin Bragg, et al.,

Defendants.

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 16, 2026, the United States Court of Appeals for the Second Circuit dismissed Plaintiff's appeal in this case, but directed this Court to amend its judgment so that the portion of Plaintiff's Complaint dismissed for lack of standing is dismissed without prejudice to refiling in state court. See ECF No. 101. An amended judgment is entered as follows: Plaintiff's claims regarding her eviction, which this Court dismissed for failure to comply with Fed. R. Civ. P. 8, see ECF No. 94 at 7-10, are DISMISSED WITH PREJUDICE. Plaintiff's claims regarding the Trump Criminal Action, which this Court dismissed for lack of standing, see ECF No. 94 at 10-13, are DISMISSED WITHOUT PREJUDICE TO REFILING IN STATE COURT.

**Dated:** New York, New York

October 22, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**